**Order entered October 24, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00503-CV

**GWENDOLYN GABRIEL, Appellant**

**V.**

**MERRY OUTLAW, Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-02456**

## ORDER

Before the Court is the September 21, 2018 motion of Bruce E. Turner and John Frick to withdraw as counsel for appellee. We **GRANT** the motion and **DIRECT** the Clerk of this Court to remove Mr. Turner and Mr. Frick as counsel for appellee. New counsel for appellee, Malcom D. Dishongh has made an appearance and filed a brief on appellee's behalf.

/s/ ELIZABETH LANG-MIERS
JUSTICE